# Court of Appeals
# of the State of Georgia

ATLANTA,   May 21, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1640.  DOUGLAS ROBERT GORDY v. MARTHA ISABEL GORDY.**

This appeal was docketed on April 15, 2013.  As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file a brief and enumeration of errors within 20 days of the date of docketing of the appeal.  Therefore, appellant's brief and enumeration of errors were due no later than May 6, 2013.  Appellant has neither filed a brief and enumeration of errors, nor requested an extension of time in which to do so.  Accordingly, the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/21/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*